05cr5384 (s)
SDNY

UNITED STATES APPEALS COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

DWAYNE PALMER,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 3 1 2016

## NOTICE OF APPEAL

Notice is hereby given that, **DWAYNE PALMER**, the petitioner, pro se hereby appeals to the Second Circuit of Appeals the final judgement denying is Rule 36 Motion To Correct Clerical Error, Motion To Dismiss Indictment under Fed Rule Crim. P. 12(b)(2) and all pleading related thereto, entered for record in the above action on the 21th day of May 2016.

Respectfully submitted on this 31 day of May 2016.

*D. Palmer*
DWAYNE PALMER #57698-054
PRO-SE RE-PRESENTATION
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 9000
BERLIN, NH 03570

UNITED STATES APPEALS COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

DWAYNE PALMER,
          Defendant.

## MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

COMES NOW DWAYNE PALMER, the petitioner, pro se, and respectfully moves this Honorable Court for leave to proceed on appeal though in forma pauperis status from the judgement entered for record on May 21, 2016, denying the Petitioner's Rule 36 Motion To Correct Clerical Error, and Motion To Dismiss Indictment under Fed. Rule P. 12(b)(2), without payment of cost, fees of giving security therefore.

Respectfully submitted on this **31** day of May 2016.

                                      *D. Palmer*
                                    DWAYNE PALMER #57698-054
                                    PRO SE REPRESENTATION
                                    Federal Correction Institution
                                    P.O. BOX 9000
                                    Berlin, NH 03570

**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: June 6, 2016
Short Title: USA v. Palmer

05ca538(JSR)
DC Court: 1~~1-cv-8187~~ SDNY

# NOTICE OF UNDER FRAP 4(d) OF TRANSFERRED NOTICE OF APPEAL

The attached Pro se Notice of Appeal which was first received in our court on May 31, 2016 and mistakenly sent to the U.S. Court of Appeals for the Second Circuit under FRAP 4(d).

The date the notice was received has been stamped and it is now transmitted for filing with the district court. If a timely notice has been filed already, refilling is not necessary.

Inquiries regarding this case may be directed to 212-857-8500.



Fr: Dwayne Palmer # 576-98-054
Federal Correctional Institution Berlin
P.O. Box 9000
Berlin, N.H. 03570



FCI BERLIN
P.O. BOX 69 BERLIN, NH 03570
DATE: 6-01-2016
The enclosed letter was processed through
special mailing procedures for forwarding to
you. The letter has neither been opened nor
inspected. If the writer raises a question or
problem over which this facility has
jurisdiction, you may wish to return the
material for further information or clarification.
If the writer encloses correspondence for
forwarding to another addressee, please
return the enclosed to the above address."

c/o Clerk of Court
Court of Appeals of Second Circuit
40 Centre Streets, 18th Floor
New York, N.Y. 10057